# DIVIDENDS REMITTED TO THE COURT

Case Number 10-16154 - MUSARRA, MATTHEW D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Verizon Wireless**<br>PO BOX 3397<br>Bloomington, IL 61702<br>　(10-1) 8627 | 000010 | 247.40 | 4.13　ck 112 |
| **GE Money Bank**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>　(19-1) JCPENNEY CREDIT SERVICES | 000019 | 140.31 | 2.34　ck 121 |
| ---------- Remittance Total ---------- | | 387.71 | 6.47 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee